AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Tyng Jing Yang<br><br>*Defendant* | Case: 1:22-mj-00254<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 11/15/2022<br>Description: Complaint W/ Arrest Warrant |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Tyng Jing Yang,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds ;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 11/15/2022

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2022.11.15 11:52:45 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11-15-2022, and the person was arrested on *(date)* 11-16-2022
at *(city and state)* Hoffman Estates, IL.

Date: 11-16-2022

*Arresting officer's signature*

Alex Dehr  FBI Special Agent
*Printed name and title*