**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CASE NO. 22-MJ-00254** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **TYNG JING YANG** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**GOVERNMENT'S CONSENT MOTION TO CONTINUE THE STATUS CONFERENCE**
**AND PRELIMINARY HEARING AND TO EXCLUDE**
**TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully files this motion to adjourn the status conference and preliminary hearing currently scheduled for Tuesday, March 7, 2023, in the above-captioned matter for approximately 36 days, until Tuesday, April 11, 2023, or to another date mutually convenient to the Court and to the parties.

The parties are seeking additional time to continue to engage in plea negotiations, to calculate likely sentencing guidelines, and to review discovery.

The defendant is charged with Civil Disorder, in violation of 18 U.S.C. § 231(a)(3); Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2); Disorderly Conduct in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(D); and Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G).   The defendant is on release, and any continuance will not impact his liberty.

1

The parties additionally move the Court to exclude the time until the status conference on Tuesday, April 11, 2023 (or to such other date as the Court schedules the status conference), pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice by taking such actions outweighs the best interests of the public and the defendant in a speedy indictment and trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).   The defendant consents to the exclusion of the time between March 7, 2023, and the next court date.

For the reasons set forth above, the United States requests that this motion be allowed and the attached proposed Order entered.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    /s/ Craig Estes
CRAIG ESTES
Assistant United States Attorney
United States Attorney's Office for the
District of Columbia (detailee)
Massachusetts Bar No. 670370
craig.estes@usdoj.gov
(617) 748-3100

Certificate of Service

I certify that a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

By:    /s/ Craig Estes
CRAIG ESTES
Assistant United States Attorney

2