IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 22-MJ-00254** |
| | : | |
| v. | : | |
| | : | |
| **TYNG JING YANG** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Based upon the representation in the Government's Consent Motion to Continue the Status Conference and Preliminary Hearing and to Exclude Time under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

ORDERED that the Motion is GRANTED; it is further ORDERED that the currently scheduled status and preliminary hearing on March 7, 2023, be continued for good cause until Tuesday, April 11, 2023, at 1:00 p.m.; and it is further

ORDERED that the time between March 7, 2023, and April 11, 2023, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. §§ 3161(b), 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy indictment and trial, as a continuance will provide the parties additional time to continue negotiation a potential pretrial resolution and the review discovery.

Date: _____

JUDGE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE